**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANE ESPOSITO HOWARD, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>SNAP, INC.,<br><br>    Defendant | Case No.: 2:24-cv-01262-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify each plaintiff's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by August 6, 2024.

DATED this 22nd day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE