1    **LINCOLN, GUSTAFSON & CERCOS** LLP
Loren S. Young
2    Nevada Bar No. 7567
7670 W. Lake Mead Blvd., Suite 200
3    Las Vegas, Nevada 89128
Telephone: 702.257.1997
4

5    **SHOOK HARDY & BACON** LLP
Jessica L. Grant
6    (Admitted *pro hac vice*)
555 Mission Street Suite 2300
7    San Francisco, California 94105
Telephone: 415.544.1900
8

   **MORRISON & FOERSTER** LLP
9    J. Alexander Lawrence
(Admitted *pro hac vice*)
10    Tamara Wiesebron
(Admitted *pro hac vice*)
11    250 West 55th Street
New York, New York 10019-9601
12    Telephone: 212.468.8000

13    Attorneys for Defendant, SNAP INC.

14    UNITED STATES DISTRICT COURT

15    FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DIANE ESPOSITO HOWARD, as Special Administrator of the Estate of AVIANNA CAVANAUGH, Deceased; and THERESA DIANE KEYES, Individually and Heir of the Estate of AVIANNA CAVANAUGH, | CASE NO. 2:24−cv−01262−APG−EJY [Removed from Clark County, Nevada District Court, Case No. A 24 889099 C] |
| Plaintiffs, | **JOINT STIPULATION AND PROPOSED ORDER FURTHER EXTENDING MOTION TO TRANSFER BRIEFING SCHEDULE** |
| v. | |
| SNAP, INC.; DOES 1 through 20 and ROE CORPORATIONS 1 through 20, inclusive, | |
| Defendants. | |

Pursuant to L.R. 7-1, Defendant Snap Inc. ("Snap") and Plaintiffs Diane Esposito Howard and Theresa Diane Keyes ("Plaintiffs") hereby submit this stipulation and proposed order:;

WHEREAS, on March 13, 2024, Plaintiffs filed a Complaint against Snap in Clark County, Nevada District Court as Case No. A-24-889099-C ("the Complaint") and on July 11, 2024, Snap received by personal service on its registered agent a copy of the State Court complaint;

1

WHEREAS, on July 12, 2024, Snap removed this action to this Court;

WHEREAS, on July 31, 2024, Snap moved to transfer this action to the United States District Court for the Central District of California ("Motion to Transfer");

WHEREAS, on August 5, 2024, the Court entered an Order (ECF No. 20) as stipulated by the Parties (ECF No. 19), extending Plaintiffs' deadline to respond to the Motion to Transfer until September 4, 2024, and Snap's deadline to file and serve a reply in support of the Motion to Transfer until September 25, 2024;

WHEREAS, on September 3, 2024, the Court entered an Order (ECF No. 24) as stipulated by the Parties (ECF No. 23), extending Plaintiffs' deadline to respond to the Motion to Transfer until September 11, 2024, and Snap's deadline to file and serve a reply in support of the Motion to Transfer until October 2, 2024;

WHEREAS, Snap and the Plaintiffs agree to extend Snap's deadline to reply in support of the Motion to Transfer by seven (7) days to accommodate the schedules of Snap and its counsel;

IT IS HEREBY STIPULATED AND AGREED by and between Snap and the Plaintiffs that Snap's deadline to file and serve a reply in support of the Motion to Transfer is extended to October 9, 2024.

DATED:      SEPTEMBER 30, 2024          DATED:      SEPTEMBER 30, 2024

**EGLET ADAMS EGLET HAM HENRIOD**      **LINCOLN, GUSTAFSON & CERCOS LLP**

*/s/ Cassandra M. Cummings*            */s/ Loren S. Young*

CASSANDRA S.M. CUMMINGS, ESQ.         **LOREN S. YOUNG, ESQ.**
Nevada Bar No. 11944                  Nevada Bar No. 7567
400 S. Seventh St., Suite 400         7670 W. Lake Mead Blvd., Suite 200
Las Vegas, NV 89101                   Las Vegas, Nevada  89128
Attorneys for Plaintiffs              Attorneys for Defendant, SNAP INC.

**IT IS SO ORDERED**:

UNITED STATES MAGISTRATE JUDGE

DATED: October 1, 2024

2