|   |   |
|---|---|
| 1 | **SHOOK HARDY & BACON LLP**<br>Jessica L. Grant (CA SBN 178138) |
| 2 | 555 Mission Street Suite 2300<br>San Francisco, California 94105 |
| 3 | Telephone: 415.544.1900 |
| 4 | **MORRISON & FOERSTER LLP**<br>Ernesto Rojas Guzman (CA SBN 339964) |
| 5 | Justin Kareem Rezkalla (CA SBN 347603)<br>425 Market Street |
| 6 | San Francisco, California 94105-2482<br>Telephone: 415.268.7000 |
| 7 |  |
| 8 | **MORRISON & FOERSTER LLP**<br>J. Alexander Lawrence (CA SBN 208715) |
| 9 | Tamara Wiesebron (CA SBN 338967)<br>250 West 55th Street |
| 10 | New York, New York 10019-9601<br>Telephone: 212.468.8000 |
| 11 | Attorneys for Defendant, SNAP INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ESPOSITO HOWARD, as Special Administrator of the Estate of AVIANNA CAVANAUGH, Deceased; and THERESA DIANE KEYES, Individually and Heir of the Estate of AVIANNA CAVANAUGH,<br><br>Plaintiffs,<br><br>v.<br><br>SNAP, INC.; DOES 1 through 20 and ROE CORPORATIONS 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-10255-MEMF-AGR<br><br>[Transferred from U.S.D.C., District of Nevada, Case No. 2:24-cv-01262-APG-EJY]<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Hon. Maame Ewusi-Mensah Frimpong |

1

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Diane Esposito Howard and Theresa Diane Keyes ("Plaintiffs") and Defendant Snap Inc. ("Defendant"), through their respective counsel of record, hereby stipulate and agree to this dismissal, with prejudice, of all claims for relief asserted by Plaintiffs against Defendant in the above-captioned action. The parties will bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: December 6, 2024

| EGLET ADAMS EGLET HAM HENRIOD | MORRISON & FOERSTER LLP |
|---|---|
| */s/ Ashley Kabbins* | */s/ J. Alexander Lawrence* |
| **ASHLEY KABINS, ESQ.**<br>California Bar No. 323606<br>ROBERT T. EGLET, ESQ.<br>(*Pro Hac Vice Pending*)<br>CASSANDRA S.M. CUMMINGS, ESQ.<br>(*Pro Hac Vice Pending*)<br>EGLET ADAMS EGLET HAM HENRIOD<br>400 S. Seventh St., Suite 400<br>Las Vegas, NV 89101<br>Ph: (702) 450-5400<br>Fax: (702) 450-5451<br><br>Attorneys for Plaintiffs | **J. ALEXANDER LAWRENCE, ESQ.**<br>California Bar No. 208715<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019 9601<br>Telephone: 212.468.8000<br><br>Attorneys for Defendant, SNAP INC. |

| | |
|---|---|
| 1 | **<u>ATTESTATION</u>** |
| 2 | Pursuant to Civil L.R. 5-4.3.4, I, J. Alexander Lawrence, as the ECF user |
| 3 | under whose credentials this document is filed, attest that concurrence in the filing |
| 4 | of this document has been obtained from each of the other signatories.  I declare |
| 5 | under penalty of perjury under the laws of California and the United States of |
| 6 | America that the foregoing is true and correct. |
| 7 | Executed at New York, New York this 6th day of December, 2024. |
| 8 | |
| 9 | |
| 10 | |
| 11 |                             */s/ J. Alexander Lawrence*<br>                             J. Alexander Lawrence |